Ellen R. Serbin (SBN 128895)
**PERONA, LANGER, BECK, SERBIN & HARRISON**
A Professional Corporation
300 E. San Antonio Drive
Long Beach, CA  90807-0948
Telephone:    (562) 426-6155
Facsimilie:    (562) 490-9823
ellenserbin@plblaw.com

A*ttorney for Plaintiff*
KALOUSHEIO MARSHELL

Mandana Massoumi (SBN 191359)
Flavia A. Costea (SBN 329929)
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:    (310) 277-7200
Facsimile:    (310) 201-5219
mmassoumi@seyfarth.com
fcostea@seyfarth.com

*Attorneys for Defendant*
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KALOUSHEIO MARSHELL,<br><br>          Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION, A Minnesota Corporation, and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No. 8:21-cv-00873-JLS-KES<br><br>*[Honorable Josephine L. Staton]*<br><br>**JOINT REPORT RE ADR PROCEDURE NO. 3**<br><br>Action Filed: March 15, 2021<br>Action Removed:   May 10, 2021<br>Answer Filed:     May 7, 2021 |

1

**JOINT REPORT RE ADR PROCEDURE NO. 3**

PLEASE TAKE NOTICE that on September 28, 2021, the above-entitled case was settled through private mediation. A Stipulation for Dismissal with a Proposed Order will be filed by the parties within the next thirty (30) days. .

DATED: October 4, 2021  PERONA, LANGER, BECK, SERBIN & HARRISON, A Professional Corporation

*/s/ Ellen R. Serbin*
By: Ellen R. Serbin
*Attorneys for Plaintiff*
KALOUSHEIO MARSHELL

DATED: October 4, 2021  SEYFARTH SHAW LLP

*/s/ Mandana Massoumi*
By: Mandana Massoumi
      Flavia A. Costea
*Attorneys for Defendant*
TARGET CORPORATION