# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KALOUSHEIO MARSHELL, | Case No. 8:21-cv-00873-JLS-KES |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (Doc. 23)** |
| TARGET CORPORATION, A Minnesota Corporation, and DOES 1 through 25, inclusive, | |
| Defendants. | |

The parties' Stipulation for Dismissal (Doc. 23) is approved. The entire action, including all claims stated therein against all parties, is hereby dismissed with prejudice.

DATED: October 21, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE